IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DARRAN NEWMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV112 |
| | ) | |
| v. | ) | |
| | ) | |
| QWEST COMMUNICATIONS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant has filed a motion for extension of its expert disclosure deadline and the deadline for filing summary judgment motions. Filing 33.

Moreover, on the court's own motion, the pretrial conference in this case must be re-scheduled.

IT THEREFORE HEREBY IS ORDERED:

1.   The defendant motion to extend time, filing 33, is granted, and

  a.   The deadline for defendant's disclosure of expert witnesses is continued to December 14, 2005, and

  b.   The parties' deadline for filing summary judgment motions is continued to December 14, 2005.

2.   The Final Pretrial Conference with the undersigned magistrate judge is re-scheduled and will be held on January 20, 2006 at 1:00 p.m. in the chambers of the Special Proceedings Courtroom, Roman L. Hruska United States Courthouse, Omaha, Nebraska.

3.   All other provisions as forth in the August 9, 2005 progression order (filing 21) shall remain in effect.

DATED this 6th day of December, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge