```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| DARRAN NEWMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV112 |
| | ) | |
| v. | ) | |
| | ) | |
| QWEST COMMUNICATIONS | ) | ORDER |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's unopposed motion for time, filing 36, is granted and the deadline for filing summary judgment motions is extended to December 19, 2005.

DATED this 14th day of December, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge