```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| DARRAN NEWMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV112 |
| | ) | |
| v. | ) | |
| | ) | |
| QWEST COMMUNICATIONS | ) | ORDER |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

The parties' stipulation, filing 46, is approved and the deadline for plaintiff to respond to defendant's motion for partial summary judgment is extended to January 24, 2006.

DATED this 5th day of January, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge