IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DARRAN NEWMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV112 |
| | ) | |
| v. | ) | |
| | ) | |
| QWEST COMMUNICATIONS | ) | ORDER |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

The joint motion of the parties, filing 45, is granted and,

1. The pretrial conference is continued from January 20, 2006 to February 2, 2006 at 2:00 p.m. before the undersigned magistrate judge in chambers, United States Courthouse and Federal Building, 100 Centennial Mall North, **Lincoln**, Nebraska.

2. The discovery deadline is extended to January 24, 2006.

DATED this 5th day of January, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge