IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DARRAN NEWMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV112 |
| | ) | |
| v. | ) | |
| | ) | |
| QWEST COMMUNICATIONS | ) | ORDER |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Plaintiff's unopposed oral motion for extension of deadline is granted and the deadline for plaintiff to respond to defendant's motion for partial summary judgment is extended to February 6, 2006.

The pretrial conference is continued from February 2 to February 13, 2006 at 1:00 p.m. in the chambers of the undersigned in Lincoln, Nebraska.

DATED this 24th day of January, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge