```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| DARRAN NEWMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV112 |
| | ) | |
| v. | ) | |
| | ) | |
| QWEST COMMUNICATIONS, | ) | JUDGMENT |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' joint Stipulation for Dismissal With Prejudice, filing 54, and Fed. R. Civ. P. 41,

IT IS ORDERED that this action is dismissed with prejudice, each party to bear its or their own costs and attorneys' fees.

DATED this 27th day of February, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge